Sheridan A. GLAZE, Plaintiff— Appellant,

v.

DEPARTMENT OF DEFENSE; Defense Criminal Investigation Service, DCIS; Tricare Management Activity, TMA; Palmetto Government Benefits Administrators, PGBA; Inova Health System; Sharp Health Systems, Defendants—Appellees.

No. 11–6671.

United States Court of Appeals, Fourth Circuit.

Submitted: July 28, 2011.

Decided: Aug. 2, 2011.

Sheridan A. Glaze, Appellant Pro Se.

Before SHEDD, AGEE, and DIAZ, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Sheridan A. Glaze appeals the district court's order denying relief on her 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Glaze v. Department of Defense*, No. 1:11–cv–00311–LO–JFA (E.D. Va. filed May 3, 2011; entered May 5, 2011). We dispense

with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*